**SCAN**

**cc: USM**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Mirna Johana Lopez<br><br>Defendant. | No. CR 99-1274(A)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)** |

On March 20, 2008, Petitioner filed a Motion for Reduction of Sentence Based on 18 U.S.C. § 3582(c) and U.S.S.G. 1B1.10(c). The Government filed its Response on May 9, 2008. The Court hereby takes the matter under submission **AND RULES AS FOLLOWS:**

When combined, 18 U.S.C. § 3582(c) and U.S.S.G. 1B1.10(c) grants this Court authority to reduce Petitioner's sentence. The Sentencing Commission generally reduced, by two levels, the offense levels applicable to crack cocaine offenses.

On February 20, 2002, Petitioner pled guilty to Count Three of the First Superseding Indictment filed in this case, which charged Petitioner with conspiring to aid and abet in the distribution of controlled substances, specifically cocaine base or crack cocaine, in violation of 21 U.S.C. § 846. For this offense, Petitioner was sentence to 131 months, which accounted for 30 months credit for time served in state custody. At the time of the sentencing, the Guidelines supported a 151 to 180 month sentence for Petitioner's offence. Currently, the Guidelines recommend a sentencing range of 121 to 151 month.

The Court considered the original sentencing recommendation, the 18 U.S.C. § 3553(a) factors, as well as the government's support of a reduction in Petitioner's sentence to 120 months. The Court also considered Petitioner's good behavior while in custody.

///
///
///
///

1     Based on the above considerations, the Court
2 determines that it is appropriate to reduce Petitioner's
3 sentence to 120 months, to be followed by a five year
4 period of supervised release.

5

6
**IT IS SO ORDERED.**
7
*/s/ Ronald S.W. Lew*
8 _____
    **HONORABLE RONALD S.W. LEW**
9   Senior, U.S. District Court Judge

10
DATE: May 27, 2008
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                 3